IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GEORGE MARKHAM, individually and as
trustee of the Star M Trust**                                                                                  **PLAINTIFF**

v.                              Case No.  4:18-cv-00866 KGB

**GREAT LAKES INSURANCE SE**                                                                              **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 7th and 8th days of June, 2021.  Plaintiff George Markham, individually, and as trustee of the Star M Trust, appeared with his attorneys James Swindoll and Luther Sutter.  Defendant Great Lakes Insurance SE appeared with its attorney Shannon Fant.  All parties announced ready for trial.  A jury of twelve was selected and sworn.

On June 8, 2021, the jury returned a verdict in favor of Great Lakes Insurance SE (Dkt. No. 53).  Judgment is therefore entered in favor of Great Lakes Insurance SE.

So ordered this the 14th day of February, 2022.

_____
Kristine G. Baker
United States District Judge